# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARKELL SMITH,
             Appellant,
vs.
THE STATE OF NEVADA,
             Respondent.

No. 80766

FILED

APR 01 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a pretrial motion to dismiss counsel and appoint alternate counsel. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-12468

cc:    Hon. Carolyn Ellsworth, District Judge
Nguyen & Lay
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Markell Smith